UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Heritage Homestead Realty Trust, et al

v. Case No. 25-cv-525-SE-TSM

Commonwealth of Massachusetts, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated September 15, 2026. For the reasons explained therein, Porter's request for habeas relief is denied, and this case is dismissed without prejudice for lack of proper venue, pursuant to 28 U.S.C. § 1406(a). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close this case.

Samantha D. Elliott
Chief Judge

Date: October 27, 2026